UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CHARLES E. CAMPANELLA, II,
DEBORAH S. CAMPANELLA,

                             Plaintiffs,

vs.

COUNTY OF MONROE, MONROE COUNTY
SHERIFF'S OFFICE, MONROE COUNTY SHERIFF
PATRICK O'FLYNN, MONROE COUNTY
UNDERSHERIFF GARY CAIOLA, CHIEF DEPUTY
STEVEN SCOTT, LIEUTENANT LOU TOMASSETTI,
and other known or unknown members of the Monroe
County Sheriff's Office, individually and in their official
capacities,

                             Defendants.



**Stipulation and Order of Dismissal**

Case No.: 10-cv-6236-FPG

The parties to the within action having stipulated and agreed to dismiss the within action, with prejudice, it is hereby

Ordered, that the within action be and the same is hereby dismissed, with prejudice.

**Stipulated:**

_____
Jeffrey Wicks, PLLC
*Attorney for Plaintiffs*
Jeffrey Wicks, Esq. of Counsel
Suite 101, Executive Office Building
36 West Main Street
Rochester, New York 14614

_____
Matthew D. Brown
Senior Deputy County Attorney
*Attorney for Defendants*
Monroe County Law Department
39 West Main Street, Room 307
Rochester, New York 14614

**So Ordered.**

January 29, 2018

_____
Hon. Frank P. Geraci, Jr.
United States District Judge

1